FRED HEIN, Respondent, v. ALBERT GERBER and IDA B. GERBER, Appellants. — Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to dismiss plaintiff's complaint in an action to compel specific performance of a contract.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ORVILLE GERHARDT, Respondent, v. HELEN M. NORTON and MARIE H. MAEDER, Appellants.— Motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is unnecessary. (See Civ. Prac. Act, § 588, subd. 1; Cohen on Powers of the N. Y. Court of Appeals, p. 134; Gambold v. MacLean, 254 N. Y. 357, 362.) (Order entered March 9, 1936.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

CLARE KREAG MALOY, Respondent, v. MARGUERITE MONTGOMERY, as Executor, etc., of JAMES H. MONTGOMERY, Deceased, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is unnecessary. (See Civ. Prac. Act, § 588, subd. 1; Cohen on Powers of the N. Y. Court of Appeals, p. 142; Gambold v. MacLean, 254 N. Y. 357, 362.) (Order entered March 9, 1936.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

HAROLD F. JOHNSTON, Respondent, v. J. W. CARTER COMPANY, Owner of DIRECT SHOE COMPANY, a Foreign Corporation of Nashville, Tennessee, Appellant. — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered March 9, 1936.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

MICHAEL ZAPPOLO and Another, Respondents, v. JOHN A. LANIGAN and Another, Appellants.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 246 App. Div. 443.] (Order entered March 9, 1936.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Judicial Settlement of Account of THE SYRACUSE TRUST COMPANY, Appellant, as Trustee under an Agreement Dated November 8, 1926, and Its Amendments and Modifications Made by HENRIETTA W. KERNAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. (See Matter of Empire Trust Co., 123 Misc. 673; Matter of Federman, 149 id. 4; Hyatt v. Seeley, 11 N. Y. 52.) All concur. (The order dismisses a proceeding for final accounting of a trustee.) Present — Sears, P. J., Taylor, Thompson and Crosby, JJ. [158 Misc. 713.]

In the Matter of the Examination of BONNIE BRADY, Judgment Debtor, Respondent, in Proceedings Supplementary to Execution upon the Application of ALTMAN SALES CORPORATION, Judgment Creditor, Appellant, under a Judgment Recovered in an Action Entitled City Court of Buffalo, ALTMAN SALES CORPORATION, Plaintiff, v. BONNIE BRADY, Defendant.— Order affirmed, with costs. All concur. (The order adjudges that the judgment debtor has not violated the restraining provision of an order in supplementary proceeding.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.